**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*MAP to Health d/b/a Recovery Unplugged v. AmerisourceBergen Drug Corporation; et al.,* No. 1:21-op-45093-DAP | **MDL 2804**<br><br>**Case No. 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF INDIVIDUAL DEFENDANTS**

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, MAP to Health d/b/a Recovery Unplugged, hereby voluntarily dismisses all claims against the following Defendants:

Russell Gasdia
Craig Landau
Beverly Sackler
David Sackler
Jonathan D. Sackler
Kathe Sackler
Mortimer D.A. Sackler
Richard Sackler
Theresa Sackler
Ilene Sackler LefCourt
John Stewart
Mark Timney

with each party to bear its own fees and costs.

Dated: August 11, 2026

Respectfully submitted,

/s/ *John Arthur Eaves, Jr.*

John Arthur Eaves, Jr.
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Facsimile: (601) 355-0530 or 2163
Email: johnjr@eaveslawmail.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of August, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr.