**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*MAP to Health d/b/a Recovery Unplugged v. AmerisourceBergen Drug Corporation; et al.,* No. 1:21-op-45093-DAP | **MDL 2804**<br><br>**Case No. 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**JOINT STIPULATION OF DISMISSAL OF WALGREENS HOLDING COMPANY f/k/a WALGREENS BOOTS ALLIANCE, INC.**

If is hereby stipulated and agreed by the undersigned parties through their counsel, pursuant Federal Rule of Civil Procedure 21 and 41(a)(1)(A), to voluntarily dismiss all claims against Walgreens Holding Company f/k/a Walgreens Boots Alliance, Inc., with prejudice and each party to bear its own fees and costs.

Dated: September 24, 2026

Respectfully submitted,

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr.
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Email: johnjr@eaveslawmail.com
*Counsel for Plaintiffs*

/s/ *Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Barlit Beck LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Email: kaspar.stoffelmayr@bartlitbeck.com
*Counsel for Walgreens Holding Company f/k/a Walgreens Boots Alliance, Inc.*

Eric F. Dement
Barlit Beck LLP
1801 Wewetta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Email: eric.dement@bartlitbeck.com
*Counsel for Walgreens Holding Company f/k/a Walgreens Boots Alliance, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr.